# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Tyler E. Baker
(212) 634-3048 direct
tbaker@sheppardmullin.com

October 28, 2024

The motion for a stay is GRANTED on consent, and the case is stayed.  The parties shall submit a proposed case management plan within seven days of any decision by the Judicial Panel on Multidistrict Litigation denying the motion to transfer.

Date: 10/31/24

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Shaheen Namvary v. Carter's Inc., et al.*
        Case No. 1:24-cv-06787-LJL

Dear Judge Liman:

Our firm represents Defendant Carter's Inc. ("Defendant") in the above referenced action.  We write jointly with Plaintiff Shaheen Namvary ("Plaintiff") to request a stay of all proceedings and to vacate current deadlines pending a decision by the Judicial Panel on Multidistrict Litigation (the "JPML") on Carter's Motion for Transfer of Actions to the Northern District of Georgia Pursuant to 28 U.S.C. Section 1407 for Consolidated or Coordinated Pretrial Proceedings, *In re: Carter's, Inc. Marketing and Sales Practices Litigation*, MDL No. 3131 (the "MDL Motion").

Plaintiff filed the original complaint on September 6, 2024, and then at the request of the Court, refiled the Complaint on September 9, 2024 .  (ECF Nos. 1 & 5.)  The Complaint was served on Defendant on September 24, 2024, making Defendant's response due by October 15, 2024.  The Parties filed, and the Court granted, a Letter-Motion to Extend Time to Respond to Initial Complaint, extending Carter's deadline to respond to the Complaint up to and through November 14, 2024.  (ECF Nos. 8 & 9.)

On October 15, 2024, Defendant filed with the United States Judicial Panel on Multidistrict Litigation the MDL Motion.  That same day, Defendant filed a notice with this court of the MDL Motion.  (ECF No. 10.)  On October 25, 2024, Defendant filed a Motion to Stay Proceedings Pending Ruling by the Judicial Counsel on Multidistrict Litigation.  (ECF No. 11.)  The Parties now agree it would serve judicial economy to stay all proceedings and vacate current deadlines in this case pending a decision by the JPML on Carter's MDL Motion, and have agreed to submit this letter-motion to the Court jointly.  Accordingly, the Parties' respectfully request for the Court to stay all proceedings and to vacate current deadlines pending a decision by the JPML on Carter's MDL Motion.  The Parties further request that, should the

**SheppardMullin**

Hon. Lewis J. Liman
October 28, 2024
Page 2

JPML deny Carter's MDL Motion, the Parties will meet and confer regarding the deadlines that have been stayed pursuant to this letter-motion and provide a stipulation to the Court with proposed deadlines for this case within seven (7) days of an order denying Defendant's MDL Motion, with a hearing date that will be set sufficiently far out to provide Plaintiff at least thirty (30) days to file any opposition to a motion to dismiss.

Pursuant to Your Honor's Individual Rules, Defendant states that this is the second request to extend Defendant's deadline to respond to the Complaint and, as the Court has not set any hearings or conferences in this matter thus far, no existing deadlines will be impacted by this requested extension.

Respectfully submitted,

Tyler E. Baker
for SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP

cc:     Matthew Zevin (Mattz@lcllp.com)
        Gary F. Lynch (Gary@lcllp.com)
        Todd Carpenter (Todd@lcllp.com)
        Scott Braden (Scott@lcllp.com)
        James Drimmer (jim@lcllp.com)
        Attorneys for Plaintiff
        Via ECF